RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for ARMANDO CASTRO-MARQUEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO CASTRO-MARQUEZ,<br><br>Defendant. | **Case No.:** 2:12-cr-351-LDG-CWH<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW the defendant, ARMANDO CASTRO-MARQUEZ, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for defendant and files this Motion to Conduct a Pre-Plea Presentence Investigation Report on ARMANDO CASTRO-MARQUEZ for the following reasons.

DATED this 3rd day of January 2013.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ BRENDA WEKSLER*
                                        _____
                                        BRENDA WEKSLER
                                        Assistant Federal Public Defender

## UNOPPOSED MOTION FOR PRE-PLEA PSI REPORT

### I. STATEMENT OF FACTS

1) It appears that Defendant Castro-Marquez' criminal history could subject him to increased penalties. Castro-Marquez' decision regarding how to proceed may be drastically impacted by his sentencing exposure in this regard. The pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order directing the Department of Probation to conduct a pre-plea presentence investigation report.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Tim Vasquez, regarding this request and has no opposition.

DATED this 3rd day of January 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

/s/ BRENDA WEKSLER
_____
BRENDA WEKSLER
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ARMANDO CASTRO-MARQUEZ, <br> Defendant. | **Case No.:** 2:12-cr-351-LDG-CWH <br><br> **ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for ARMANDO CASTRO-MARQUEZ.

DATED: 4th Day of January 2013.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on January 3, 2013, I served an electronic copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

        DANIEL G. BOGDEN
        United States Attorney
        TIM VASQUEZ
        Assistant United States Attorney
        333 Las Vegas Blvd. So., 5th Floor
        Las Vegas, Nevada 89101

                                      /s/  Nancy Vasquez
                                Nancy Vasquez, Senior Legal Assistant to
                                BRENDA WEKSLER,
                                Assistant Federal Public Defender